DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BROMHAL v. STOTT

No. 82P91

Case below: 101 N.C.App. 428

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

CHAPLAIN v. CHAPLAIN

No. 104P91

Case below: 101 N.C.App. 557

Petition by defendant (Elsie B. Chaplain) for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

CHRISALIS PROPERTIES, INC. v. SEPARATE QUARTERS, INC.

No. 50P91

Case below: 101 N.C.App. 81

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

DAVIS v. DENNIS LILLY CO.

No. 119A91

Case below: 101 N.C.App. 574

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 3 April 1991.

FEDERAL PAPER BOARD CO. v. KAMYR, INC.

No. 99P91

Case below: 101 N.C.App. 329

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.